**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 07-1301**

CHESTER LEE MCDOWELL, SR.,

Plaintiff - Appellant,

versus

INTERNAL REVENUE SERVICE; CHARLES BARRETT, IRS
Agent,

Defendants - Appellees.

Appeal from the United States District Court for the Eastern
District of North Carolina, at New Bern.  Louise W. Flanagan, Chief
District Judge.  (2:06-cv-00022-FL)

Submitted:  June 21, 2007                Decided:  June 27, 2007

Before NIEMEYER, WILLIAMS, and SHEDD, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Chester Lee McDowell, Sr., Appellant Pro Se.  Joan Iris
Oppenheimer, Patricia McDonald Bowman, UNITED STATES DEPARTMENT OF
JUSTICE, Washington D.C., for Appellees.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Chester Lee McDowell, Sr. appeals the district court's order granting defendants' motions to dismiss and dismissing his complaint for lack of jurisdiction and for failure to state a claim upon which relief may be granted. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. See McDowell v. Internal Revenue Service, No. 2:06-CV-00022-FL (E.D.N.C. Mar. 26, 2007). We also deny the Government's motion for sanctions. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED